790 A.2d 988

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Stephen FETTER, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 31, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of January, 2002, the Petition for Allowance of Appeal is **GRANTED,** but **LIMITED** to the following issue:

1.   Whether the Commonwealth failed to comply with the requirements of 18 Pa.C.S.A. § 5704(2)(iv), 5709(3)(vii), and 5710(a)(3) of the Wiretapping and Electronic Surveillance Control Act (the "Act") and if the Commonwealth failed to

comply with the Act, whether such failure should result in the suppression of evidence obtained in violation of the Act.